

FILED
JUL 08 2010
Phil Lombardi, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 10 CR 103 JHP |
| Plaintiff, ) | **INDICTMENT** |
| ) | [18 U.S.C. §§ 922(g)(1) and 924(a)(2): |
| v. ) | Felon in Possession of Firearms and |
| ) | Ammunition] |
| DENNY EDWARD PHILLIPS, ) | |
| Defendant. ) | |

**THE GRAND JURY CHARGES:**

On or about April 26, 2010, in the Northern District of Oklahoma, the defendant, **DENNY EDWARD PHILLIPS**, then having been convicted of the following crimes punishable by imprisonment for terms exceeding one year:

1. Attempted Burglary of an Automobile, Case No. CF-96-118, in the District Court in and for Mayes County, State of Oklahoma, on December 6, 1996;

2. False Declaration to a Pawn Broker, Case No. CF-96-162, in the District Court in and for Mayes County, State of Oklahoma, on December 6, 1996;

3. Assault With a Deadly Weapon, Case No. CF-96-205, in the District Court in and for Mayes County, State of Oklahoma, on December 6, 1996;

4. Escape from a County Jail (Count 1), Case No. CF-96-259, in the District Court in and for Mayes County, State of Oklahoma, on December 6, 1996;

5. Injuring a Public Building (Count 2), Case No. CF-96-259, in the District Court in and for Mayes County, State of Oklahoma, on December 6, 1996; and

6. Possession of Contraband in Jail, Case No. CF-96-275, in the District Court in and for Mayes County, State of Oklahoma, on December 6, 1996,

knowingly possessed in and affecting interstate commerce the following firearms and ammunition:

1. One Remington, Model 870, 12 gauge shotgun, serial number B112818M;

2. One Smith and Wesson, Model 640, .38 caliber revolver, serial number BPZ2522;

3. One U.S. Military, M1 Carbine, .30 caliber rifle, serial number 6639569; and

4. Five (5) rounds of .38 caliber Remington brand ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

THOMAS SCOTT WOODWARD
UNITED STATES ATTORNEY

A TRUE BILL

*/s/ Joel-Lyn McCormick*
JOEL-LYN A. MCCORMICK
Assistant United States Attorney

*/s/ Grand Jury Foreperson*
Grand Jury Foreperson